February 10, 2001

US District Court for
Western District of Wisconsin
#10cv643 and #10cv797
120 North Henry St.
RM 320
Madison, WI 53701
and
Mary Catherine Fons
Law Office
500 S. Page St.
Stoughton, Wisconsin 53589

To Whom It May Concern:
In response to summons **(#10cv643 and #10cv797)**, I do not know these individuals and I have never met these individuals. I do not owe these individuals any money and they do not owe me any money. They may owe other people money but not to me.

I have not used abusive language toward these individuals, I do not know them.

I am requesting that these frivolous lawsuits be dismissed.


Sincerely,

*Williford Gray*
Williford Gray


Cc; US District Court for
    Western District of Wisconsin

    Mary Catherine Fons
    Law Office
    Stoughton, WI

Williford Gray
306 Granville Ave.
Bellwood, Ill 60104

STRAYED BY CSO
W/W/WI



CERTIFIED MAIL

7010 0780 0000 4790 3147

US District Court
Western District of Wisconsin
120 N. Henry St.   RM 320
Madison, WI 53701-0432

U.S. POSTAGE PAID
CROWN POINT, IN
46307
FEB 11, 11
AMOUNT
$3.24
00088275-03